AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: October 29, 2004 |
| NAME OF SERVER (*PRINT*)<br>Jeffrey S. Huang | TITLE:<br>Private Citizen |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Offices of CORE Investments, INC.
100 South Street, Boston, MA 02111  HAND-DELIVERED TO KURT MILLER, CFO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 29, 2004            *[signature]*
              Date                        Signature of Server

                                          12 Concord Sq. #1, Boston, MA 02118
                                          Address of Server

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.