## Waiver of Service

As counsel to Core Investments, Inc., I acknowledge that David Pogorelc has waived service of summons in the action of *Conn v. Pogorelc*, which is case number 04-12266-JLT in the United States District Court for the District of Massachusetts.

David Pogorelc has received a copy of the complaint.

David Pogorelc agrees to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that it be served with judicial process in the manner required by Federal Rule of Civil Procedure 4.

David Pogorelc will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

David Pogorelc agrees to file a responsive pleading no later than December 2, 2004.

_11/19/04_
Date

_[signature]_
Douglas B. Otto
Counsel for Defendant David Pogorelc