UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 18  P 4: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ERIC J. CONN, | ) |
| Plaintiff pro se, | ) |
| v. | ) CIVIL ACTION NO: 04-12266 JLT |
| DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON, | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT, CORE INVESTMENTS, INC.**

Pursuant to F.R.Civ.P. 7.1, Defendant, Core Investments, Inc., hereby discloses that it is a Massachusetts corporation that is wholly-owned; has no parent corporation; nor, does any publicly-held corporation own 10% or more of its stock.

DAVID POGORELC, CORE INVESTMENTS, INC.
AND DAVID MORTON,

By their attorneys,

_____
Douglas B. Otto  (BBO# 555269)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8873

Dated: 11/18/04

Document3