UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC J. CONN,<br><br>        Plaintiff pro se,<br><br>v.<br><br>DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO: 04-12266 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

Defendants, David Pogorelc, Core Investments, Inc. and David Morton ("Pogorelc", "Core" and "Morton"), hereby move this Court for an extension of time within which to file their response to the Complaint of Plaintiff, Eric J. Conn. In support hereof, the Defendants states as follows:

1. Defendant, Core, was served October 29, 2004. Defendant, Morton, was served October 30, 2004. Defendant, Pogorelc, has not been served. Defendants, Core and Morton, would ordinarily have to respond on or by November 18 and 19, 2004, respectively. On November 16, 2004, Pogorelc, by and through his undersigned counsel, agreed to accept service of process of the Complaint.

2. Owing to the press of other business and travel schedules surrounding the Thanksgiving holiday, counsel for the Defendants has requested a brief extension of time within which to respond to Plaintiff's Complaint. Plaintiff, in turn, acting *pro se*, has agreed to a two (2) week extension of time and therefore assents to this Motion. Accordingly, the Plaintiff and

1111544v1

Defendants have agreed that all Defendants shall respond to Plaintiff's Complaint on or by December 2, 2004.

**WHEREFORE**, the Defendants respectfully request that this Court enter an Order granting the 14-day enlargement of time to respond to the Plaintiff's Complaint, through December 2, 2004.

                          **DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,**

                          By their attorneys,

                          Douglas B. Otto  (BBO# 555269)
                          MORRISON MAHONEY LLP
                          250 Summer Street
                          Boston, MA 02210
                          (617) 737-8873

Assented-To By:

Eric J. Conn, *Pro Se*
1904 Kalorama Place, N.W. #49
Washington, DC 20009
(202) 756-8248

Dated: 11/18/04

## CERTIFICATE OF SERVICE

    I, Douglas B. Otto, do hereby certify that on this 18th day of November, 2004, I have served the within Corporate Disclosure Statement and Assented-To Motion for Extension of Time to Respond to Complaint by mailing same, first class and postage prepaid, to Plaintiff pro se as follows:

Eric J. Conn, *Pro Se*
1904 Kalorama Place, N.W. #49
Washington, DC 20009

                                                                      Douglas B. Otto

1111544v1