UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. CONN,<br><br>   Plaintiff pro se,<br><br>v.<br><br>DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,<br><br>   Defendants. | CIVIL ACTION NO: 04-12266 JLT |

## DEFENDANTS' LIST OF PROPOSED DEPONENTS

The Defendants hereby submit this list of proposed deponents pursuant to the Court's Discovery Order of December 9, 2004. The following are the non-expert deponents the Defendants propose:

1. Eric J. Conn;
2. Attorney Gina Gagliardi;
3. Patrick and Gloria O'Byrne;
4. Ruby Conn;
5. Naomi Silberg;
6. Heather Sussman; and,
7. Diane Giacobbi.

1118482v1

2

The Defendants reserve the right to amend and/or supplement this list as discovery progresses.

                                                             **DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,**

By their attorneys,

/s/ Douglas B. Otto

Douglas B. Otto (BBO# 555269)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)737-8873

Dated: 12/30/04

2

1118482v1