UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC J. CONN,                        )<br>                                      )<br>         Plaintiff pro se,            )<br>                                      )<br>v.                                    )<br>                                      )<br>DAVID POGORELC, CORE                  )<br>INVESTMENTS, INC. AND DAVID           )<br>MORTON,                               )<br>                                      )<br>         Defendants.                  )<br>                                      ) | CIVIL ACTION NO: 04-12266 JLT |

## SWORN STATEMENT BY DEFENDANT, DAVID POGORELC, PURSUANT TO LOCAL RULE 26.1(B)

I, David Pogorelc, do hereby depose and state as follows:

1. I am the President of Core Investments, Inc., a Co-Defendant in the above-captioned action. As President, and as an individual Defendant, I am familiar with the claims and defenses in this case, and the information sought under Local Rule 26.1(B).

2. Pursuant to Local Rule 26.1(B)(2), I submit the following identification:

(a) Witnesses with knowledge: The following individuals are known to me as having witnessed the transaction or occurrence giving rise to the claim or otherwise known or believed to have substantial discoverable information about the claims or defenses. Those claims and defenses, and the subject matter thereof, may be characterized and coded as follows:

   1. Purchase of subject building and legal issues involving condominium status.

   2. Negotiation of purchase and sale of unit to Plaintiff, including rental status before and after. Agreements, actual and alleged, between Plaintiff and Defendants.

   3. Allegations of fraud and misrepresentation.

   4. Damages alleged.

1118478v1

Accordingly, Defendant Pogorelc identifies the following witnesses:

- David Pogorelc: has knowledge concerning 1-4 above.
- David Morton: has knowledge concerning 2-4 above.
- Eric Conn: has knowledge concerning 2-4 above.
- Attorney Michael Merrill: has knowledge concerning 1-4 above.
- Attorney Rita McGeary: has knowledge concerning 1-2 above.
- Patrick & Gloria O'Byrne: have knowledge concerning 1-2 above.
- Attorney Gina M. Gagliardi: has knowledge concerning 2 above.
- Julianna & Tim Mackie: has knowledge concerning 2-3 above.
- Ann Marie Pogorelc: has knowledge concerning 2-3 above.
- Annette Given: has knowledge concerning 3-4 above.
- Denise Sandell: has knowledge concerning 3-4 above.
- Glenn Matheson: has knowledge concerning 1-2 above.

(b)  Opposing Party's Statements: Defendant Pogorelc has not obtained statements by or on behalf of Plaintiff, Eric Conn.

(c)  Prior Government Investigations: Defendant Pogorelc is not aware of any government agencies or officials who invested the transaction or occurrence giving rise to the claims or defenses.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30 DAY OF DECEMBER, 2004.

_____
David Pogorelc, Individually and as President of Core Investments, Inc.

2

1118478v1