UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. CONN, )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>DAVID POGORELC, CORE )<br>INVESTMENTS, INC. AND DAVID )<br>MORTON, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO: 04-12266 JLT |

## CERTIFICATE OF SERVICE

I, Douglas B. Otto, do hereby certify that I have served a copy of the documents listed below on Plaintiff, *pro se,* via Federal Express, this 30th day of December, 2004.

1. Sworn Statement by Defendant, David Morton Pursuant to Local Rule 26.1(B);

2. Sworn Statement by Defendant, David Pogorelc Pursuant to Local Rule 26.1(B);

3. Defendants' List of Proposed Deponents;

4. Defendants' Automatic Disclosure Statement; and,

5. Initial document disclosures (Bates: POG0001-POG0112).

DAVID POGORELC, CORE
INVESTMENTS, INC. AND
DAVID MORTON,
By their attorneys,

Douglas B. Otto (BBO# 555269)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)737-8873

1118405v1