UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC J. CONN,<br><br>      Plaintiff pro se,<br><br>v.<br><br>DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO: 04-12266 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

The Defendants, by and through their undersigned counsel, David Pogorelc, Core Investments, Inc. and David Morton, submit the following pursuant to Local Rule 16.1(D)(3):

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,**
By their attorneys,

_____
Douglas B. Otto (BBO# 555269)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)737-8873

Dated: 12/30/04

_____
David Pogorelc, Individually

_____
David Pogorelc, President
Core Investments, Inc.

Dated:_____

_____
David Morton, Individually

Dated:_____

1118405v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC J. CONN, ) | |
| ) | |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 04-12266 JLT |
| ) | |
| DAVID POGORELC, CORE ) | |
| INVESTMENTS, INC. AND DAVID ) | |
| MORTON, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The Defendants, by and through their undersigned counsel, David Pogorelc, Core Investments, Inc. and David Morton, submit the following pursuant to Local Rule 16.1(D)(3):

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DAVID POGORELC, CORE
INVESTMENTS, INC. AND
DAVID MORTON,**
By their attorneys,

_____
Douglas B. Otto (BBO# 555269)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)737-8873

Dated:_____

_____
David Pogorelc, Individually

_____
David Pogorelc, President
Core Investments, Inc.
Dated: 12/30/04

_____
David Morton, Individually

Dated:_____

1118405v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. CONN, )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>DAVID POGORELC, CORE )<br>INVESTMENTS, INC. AND DAVID )<br>MORTON, )<br>)<br>Defendants. ) | CIVIL ACTION NO: 04-12266 JLT |

## DEFENDANTS' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The Defendants, by and through their undersigned counsel, David Pogorelc, Core Investments, Inc. and David Morton, submit the following pursuant to Local Rule 16.1(D)(3):

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DAVID POGORELC, CORE
INVESTMENTS, INC. AND
DAVID MORTON,**
By their attorneys,

_____
Douglas B. Otto (BBO# 555269)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)737-8873

Dated: _____

_____
David Pogorelc, Individually

_____
David Pogorelc, President
Core Investments, Inc.

Dated: _____

_____
David Morton, Individually

Dated: 12/30/05

1118405v1