UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. CONN,<br><br>       Plaintiff pro se,<br><br>v.<br><br>DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO: 04-12266 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Plaintiff, Eric J. Conn, *pro se,* and Defendants, David Pogorelc, Core Investments, Inc. and David Morton, hereby submit this Joint Statement of parties pursuant to Local Rule 16.1(D) in preparation for the Court's upcoming initial Scheduling Conference. The parties hereby state that they have conferred on the subjects outlined in Fed.R.Civ.P. 16 and 26, and Local Rule 16.1, and wish to propose the following Pretrial and Discovery Plan and Schedule for this action:

1.  **Joint Discovery Plan**

    (a) Limits

    The parties have agreed to proceed with discovery in accordance with the presumptive limits set forth in Local Rule 26.1(C) and to confer further if it appears to one or any of the parties that discovery beyond these limits is required.

    (b) Phasing

    The present case does not appear appropriate for phasing.

1118399v1

(c) Magistrate Judge

At this juncture, the parties do not consent to trial by magistrate judge. The parties disagree over proceeding before a magistrate judge for resolution of discovery disputes. The Defendants would consent, however, the Plaintiff does not. Nothing herein is intended to otherwise restrict the parties' use of any discovery procedures available under applicable rules or to seek limitations or extensions thereto from the Court.

(d) Schedule

The parties propose the following discovery schedule.

| EVENT | DATE |
| --- | --- |
| Deadline for service of automatic disclosures | Plaintiff and Defendants have agreed to serve their automatic disclosures on or before December 31, 2004 |
| Deadline for fact (non-expert) discovery, including any requests under Rule 33, 34 and 36, plus party and witness depositions | October 3, 2005 |
| Expert disclosures pursuant to Rule 26(a)(2)(B) served by both parties | November 17, 2005 |
| Rebuttal expert disclosures served by both parties | December 19, 2005 |
| Deadline for completion of expert depositions | February 2, 2006 |

2. **Proposed Schedule for Filing of Motions**

The parties propose the following schedule:

| EVENT | DATE |
| --- | --- |
| Status Conference | on a date deemed reasonable by the Court |
| Dispositive motions filed | March 6, 2006 |
| Oppositions to dispositive motions filed | March 27, 2006 |

| Replies in support of dispositive motions filed | April 10, 2006 |
|---|---|
| Case ready for final Pretrial Conference | May, 2006 |
| Preliminary trial estimate | 5 days |

3. **Certifications**

The Defendants have yet to receive the Plaintiff's written settlement proposal pursuant to Local Rule 16.1(C). The certification signed by counsel and Defendants affirming that each party and that party's counsel have conferred as to the subjects identified in Local Rule 16.1(D)(3) is attached hereto. Plaintiff's certification will be provided separately before the Scheduling Conference.

| | |
|---|---|
| **ERIC J. CONN,**<br>*Pro Se,* | **DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,**<br>By their attorneys, |
| _____<br>Eric J. Conn, *Pro Se*<br>1904 Kalorama Place, N.W. #49<br>Washington, DC 20009<br>(202) 756-8248 | _____<br>Douglas B. Otto (BBO# 555269)<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 737-8873 |
| Dated: _____ | Dated: 12/30/04 |

3

1118399v1