UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. CONN,<br><br>        Plaintiff pro se,<br><br>v.<br><br>DAVID POGORELC, CORE INVESTMENTS, INC. AND DAVID MORTON,<br><br>        Defendants. | CIVIL ACTION NO: 04-12266 JLT |

### CERTIFICATE OF SERVICE

I, Douglas B. Otto, do hereby certify that I have served a copy of the documents listed below on Plaintiff, *pro se,* via Federal Express, this 30th day of December, 2004.

1. Defendants' Certification under Local Rule 16.1(D)(3); and

2. Joint Statement Pursuant to Local Rule 16.1(D).

DAVID POGORELC, CORE
INVESTMENTS, INC. AND
DAVID MORTON,
By their attorneys,

Dated: 12/30/04

Douglas B. Otto (BBO# 555269)
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617)737-8873

1118405v1