UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC J. CONN, | * |
| | * |
| Plaintiff, | * |
| | *  Civil Action No. 04-12266-JLT |
| v. | * |
| | * |
| DAVID POGORELC, | * |
| CORE INVESTMENTS, INC., and | * |
| DAVID MORTON, | * |
| | * |
| Defendants. | * |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. The Parties' <u>Joint Statement Pursuant to Local Rule 16.1(D)</u> [#15] is ADOPTED;

2. Plaintiff may depose (1) David Pogorelc, (2) David Morton, (3) Kurt Miller, (4) Anne Marie Pogorelc, and (5) a Fed. R. Civ. P. 30(b)(6) designee of Core Investments, Inc.;

3. Defendants may depose (1) Eric J. Conn, (2) Gina Gagliardi, (3) Patrick O'Byrne, (4) Gloria O'Byrne, (5) Ruby Conn, (6) Naomi Silberg, (7) Heather Sussman, and (8) Diane Giacobbi;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for October 17, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge