United States District Court
District of Massachusetts

| | |
|---|---|
| **Eric J. Conn,**           *Plaintiff pro se*, <br><br> v. <br><br> **David Pogorelc,** *et al.*,           ***Defendants.*** | Case No.   04-12266 JLT |

### Plaintiff's Consent Motion for Leave to Amend Complaint

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Eric J. Conn, appearing *pro se*, respectfully requests leave to amend the Complaint in this case. The proposed Amended Complaint is attached to this motion as Exhibit A.

Rule 15(a) provides that a litigant may amend his pleading with written consent of the opposing party. In accordance with Local Rule 7.1, Plaintiff has conferred with Defendants' counsel, who has provided his written consent to amend the complaint.

                                                     Respectfully submitted,

                                                     Eric J. Conn
                                                     1904 Kalorama Place, N.W. #49
                                                     Washington, D.C. 20009
                                                     (202) 756-8248

                                                     *Plaintiff Pro Se*

United States District Court
District of Massachusetts

| | |
|---|---|
| **Eric J. Conn,**<br>            *Plaintiff pro se*,<br><br>v.<br><br>**David Pogorelc,** *et al.*,<br>            *Defendants.* | Case No.   04-12266 JLT |

## Proposed Order

This Court has reviewed Plaintiff's Consent Motion for Leave to Amend Complaint. It is ORDERED that the Motion is GRANTED; and it is further

ORDERED that the proposed Amended Complaint, attached to Plaintiff's Motion as Exhibit A, is accepted for filing.

_____
Joseph L. Tauro
United States District Judge