United States District Court
District of Massachusetts

| | |
|---|---|
| Eric J. Conn,<br>　　　　　　*Plaintiff pro se,*<br>v.<br><br>David Pogorelc, *et al.,*<br>　　　　　　*Defendants.* | Case No.   04-12266 JLT |

### Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Eric J. Conn and Defendants David Pogorelc, Core Investments, Inc., and David Morton hereby stipulate to dismissal of this action with prejudice.

_____
Eric J. Conn
1904 Kalorama Place, N.W. #49
Washington, D.C. 20009

*Plaintiff Pro Se*

_____
Douglas B. Otto
Morrison Mahoney, LLP
250 Summer Street
Boston, MA  02210

*Attorney for Defendants*
David Pogorelc, Core Investments, Inc.
and David Morton